## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JULIE DALTON,
individually and on behalf of all others
similarly situated,

          Plaintiff,

v.

WILLIAMS-SONOMA STORES, INC.,
doing business as Pottery Barn,

          Defendant.

Case No. 23-CV-3078 (NEB/JFD)

ORDER FOR DISMISSAL

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on December 27, 2023 (ECF No. 19), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE on the merits and without costs to either party.

Dated: December 27, 2023

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge